NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE TRANSACTION HOLDINGS LTD., LLC

---

2011-1361
(Reexamination No. 90/008,323)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

### ORDER

Upon consideration of Transaction Holdings Ltd., LLC's motion to withdraw its motion to consolidate the present appeal with 2011-1492, and that oral argument for both appeals be held at the same time,

IT IS ORDERED THAT:

The motion to withdraw the motion to consolidate and that oral argument for both appeals be held at the same time is granted. The motion to consolidate 2011-1361 with 2011-1492, and that oral argument for both appeals be held at the same time is withdrawn.

FOR THE COURT

**SEP 1 9 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Albert L. Jacobs, Jr., Esq.
     Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 1 9 2011**

**JAN HORBALY**
**CLERK**